PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Ronald Sabb  **Docket Number:** 07-00790-001
                                    **PACTS Number:** 50298

**Name of Sentencing Judicial Officer:** The Honorable William H. Walls, U.S.D.J.

**Date of Original Sentence:** 05/05/2008

**Original Offense:** Possession of a Firearm by a Convicted Felon

**Original Sentence:** 37 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 06/27/2010

**Assistant U.S. Attorney:** Philip Degnan, 970 Broad Street, Room 502 Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Candace Hom, A.F.P.D., 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X]  To issue a warrant

The probation office alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states 'You shall not commit another federal, state, or local crime.' |
| | On October 21, 2010, Sabb was arrested by officers of the Newark Police Department after he was found to be in possession of 28 glass vials of cocaine. Sabb was subsequently charged with possession of a controlled dangerous substance, in violation of N.J.S.A. 2C:35-10A; distribution of a controlled dangerous substance, in violation of N.J.S.A. 2C:35-5B(1); and possession of a controlled dangerous substance within 1,000 feet of school property, in violation of N.J.S.A. 2C:35-7. |
| | This matter is currently pending in the Newark Municipal Court. |
| 2 | The offender has violated the standard supervision condition which states 'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.' |
| | The offender failed to submit a *Monthly Supervision Report* for September 2010. |

PROB 12C - Page 2
Ronald Sabb

3   The offender has violated the mandatory supervision condition which states 'As a condition of supervision, you are instructed to pay to the United States a special assessment of $100, for count(s) 1, which shall be due immediately.'

Sabb has not made any payments towards his special assessment and the outstanding balance remains at $100.

4   The offender has violated the special supervision condition which states 'ALCOHOL/DRUG TESTING AND TREATMENT

You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'

Sabb failed to participate in the probation office's mandatory drug testing program, *Code-A-Phone*. Specifically, Sabb failed to call the toll free *Code-A-Phone* telephone number daily as instructed. In addition, Sabb failed to submit to drug testing as instructed on the following dates: August 12, 2010; August 16, 2010; August 31, 2010; September 16, 2010; September 24, 2010; September 28, 2010.

5   The offender has violated the standard supervision condition which states 'You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.'

On September 30, 2010, and October 5, 2010, a probation official questioned Sabb regarding his failure to participate in *Code-A-Phone* and provide urine specimens for testing as instructed. On both dates, Sabb falsely reported that he had been calling the toll free *Code-A-Phone* telephone number daily as instructed, when in fact he was not.

I declare under penalty of perjury that the foregoing is true and correct.

By: Paul E. Choinski,
U.S. Probation Officer
Date: 10/22/2010

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date